THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN R. ALEX, Appellant.

Submitted April 3, 1950; decided April 6, 1950.

*Frank S. Hogan, District Attorney (Whitman Knapp* of counsel), for motion.

*John R. Alex,* defendant in person, opposed.

Motion granted and appeal dismissed.